**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| EDITH M. SOSA,<br><br>    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIV. NO. 05-2241 (PG) |

**ORDER**

Before the Court is the Magistrate Judges's Report and Recommendation affirming the decision of the Commissioner of Social Securty.  (Docket No. 18)  Plaintiff's brief objection thereto (Docket No. 19), merely reprises an argument considered at length by the Magistrate.  (Docket No. 18 at 7-12).  "[I]f profligate wasting of judicial resources is to be avoided, the district court should be spared the chore of traversing ground already plowed by the magistrate...."  Sackall v. Heckler, 104 F.R.D. 401, 402 (D.R.I., 1984).  Also see, Gonzalez Ramos v. Empresas Berrios, Inc., 360 F. Supp. 2d 373, 376 (D.P.R., 2005).

Upon *de novo* review of the Magistrate Judge's Report and Recommendation (Docket No. 18), the applicable case law, and the record of this case, the Magistrate Judge's Report and Recommendation is hereby **APPROVED and ADOPTED**.  Accordingly, the final decision of the Commissioner is **AFFIRMED**.  Judgment shall be entered dismissing the complaint.

**SO ORDERED.**

In San Juan, Puerto Rico, April 16, 2008.

                                S/JUAN M. PEREZ-GIMENEZ
                                JUAN M. PEREZ-GIMENEZ
                                U.S. DISTRICT JUDGE